**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **BILL HALL, JR., TRUCKING, LTD.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 30-0029782 |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**9630 CAGNON RD.**<br>**San Antonio, TX 78252**<br>Number, Street, City, State & ZIP Code<br><br>**Bexar**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership (excluding LLP)<br>☐ Other. Specify: |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 1

Debtor **BILL HALL, JR., TRUCKING, LTD.** Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **BILL HALL, JR., TRUCKING, LTD.**　　　　　　　　　　　Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district?***　*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　.　*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **BILL HALL, JR., TRUCKING, LTD.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 10, 2016**
MM / DD / YYYY

X **/s/ DOMINIQUE HALL**
Signature of authorized representative of debtor

**DOMINIQUE HALL**
Printed name

Title  **AUTHORIZED REPRESENTATIVE OF GENERAL PARTNER**

**18. Signature of attorney**

X **/s/ JAMES S. WILKINS**
Signature of attorney for debtor

Date **November 10, 2016**
MM / DD / YYYY

**JAMES S. WILKINS**
Printed name

**JAMES S. WILKINS**
Firm name

**WILLIS & WILKINS, L.L.P.**
**711 Navarro Street, Suite 711**
**San Antonio, TX 78205-1711**
Number, Street, City, State & ZIP Code

Contact phone  **210-271-9212**    Email address  **jwilkins@stic.net**

**21486500**
Bar number and State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 4

Fill in this information to identify the case:

Debtor name: **BILL HALL, JR., TRUCKING, LTD.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AMERICAN EXPRESS** P.O. BOX 650448 Dallas, TX 75265-0448 | | | | | | $24,120.09 |
| **ARNOLD OIL COMPANY OF AUSTIN** 5909 BURLESON RD. Austin, TX 78744 | | | | | | $16,506.44 |
| **AT&T MOBILITY** P.O. BOX 6463 Carol Stream, IL 60197-6463 | | | | | | $8,976.88 |
| **BARTON, EAST & CALDWELL, P.L.L.C** 700 N. ST MARY'S ST. SUITE 1825 San Antonio, TX 78205 | | | | | | $11,836.85 |
| **BEXAR TRAILER SALES & SERVICE** 4300 HWY 90 E. San Antonio, TX 78219 | | | | | | $9,998.61 |
| **COLLISION COUNTRY REPAIR** 4282 IH 10 EAST San Antonio, TX 78219 | | | | | | $29,867.72 |
| **CONTINENTAL TIRE THE AMERICAS, LLC** P.O. BOX 60049 Charlotte, NC 28260-0049 | | | | | | $13,574.69 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **BILL HALL, JR., TRUCKING, LTD.**     Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| FLEET PRIDE<br>P.O. BOX 847118<br>Dallas, TX 75284-7118 | | | | | | $26,503.46 |
| FLEETMATICS<br>1100 WINTER ST.<br>SUITE 4600<br>Waltham, MA 02451 | | | | | | $71,818.50 |
| FRENCH ELLISON<br>9010 IH-10 EAST<br>Converse, TX 78109 | | | | | | $121,204.74 |
| INTERNAL REVENUE SERVICE<br>Cincinnati, OH 45999-0150 | | 941 Taxes | | | | $15,571.18 |
| INTERNAL REVENUE SERVICE<br>Cincinnati, OH 45999-0150 | | 941 Taxes | | | | $11,493.73 |
| KIMBALL MIDWEST<br>DEPT L-2780<br>Columbus, OH 43260-2780 | | | | | | $13,218.75 |
| PADGETT STRATEMANN<br>100 N.E. LOOP 410<br>SUITE 1100<br>San Antonio, TX 78216 | | | | | | $10,000.00 |
| RELADYNE<br>9395 KENWOOD RD.<br>SUITE 104<br>Blue Ash, OH 45424 | | | | | | $146,815.37 |
| SOUTHERN FIELD MAINTENANCE<br>P.O. BOX 201055<br>San Antonio, TX 78220 | | | | | | $9,841.04 |
| SOUTHERN TIRE MART LLC<br>P.O. BOX 1000<br>Memphis, TN 38148-0143 | | | | | | $47,203.00 |
| T & W TIRES<br>P.O. BOX 258859<br>Oklahoma City, OK 73125-8859 | | | | | | $14,301.00 |
| TEXAS COMPTROLLER OF PUBLIC ACCT<br>P.O. BOX 13528<br>Austin, TX 78711-3528 | | | | | | $13,396.80 |

| Debtor | BILL HALL, JR., TRUCKING, LTD. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. BANK BUSINESS EDGE CASH REWARDS CAR<br>P.O. BOX 790408<br>St. Louis, MO 63179-0408 | | | | | | $18,912.44 |

# United States Bankruptcy Court
## Western District of Texas

In re   **BILL HALL, JR., TRUCKING, LTD.**            Case No.
Debtor(s)                 Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the AUTHORIZED REPRESENTATIVE OF GENERAL PARTNER of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 10, 2016**          **/s/ DOMINIQUE HALL**
                                                  **DOMINIQUE HALL/AUTHORIZED REPRESENTATIVE OF GENERAL PARTNER**
                                                  Signer/Title

A & A PUMP CO.
1119 CAMDEN
San Antonio, TX 78215


AFS/IBEX FINANCIAL SERVICES
P.O. BOX 650786
Dallas, TX 75265-0786


AIRGAS
P.O. BOX 676015
Dallas, TX 75267-6015


ALBERT URESTI, MPA, PCC
BEXAR COUNTY TAX ASSESSOR
P.O. Box 2903
San Antonio, TX 78299


AMERICAN ELECTRIC
P.O. BOX 24404
Canton, OH 44701-4404


AMERICAN EXPRESS
P.O. BOX 650448
Dallas, TX 75265-0448


ARNOLD OIL COMPANY OF AUSTIN
5909 BURLESON RD.
Austin, TX 78744


AT&T MOBILITY
P.O. BOX 6463
Carol Stream, IL 60197-6463


BARTON, EAST & CALDWELL, P.L.L.C
700 N. ST MARY'S ST. SUITE 1825
San Antonio, TX 78205


BEXAR TRAILER SALES & SERVICE
4300 HWY 90 E.
San Antonio, TX 78219


BOHLS BEARING POWER TRANSMISSION SERVICE
211 PROBANDT ST.
San Antonio, TX 78204

```
BRANDOUTFITTERS
424 W. NAKOMA
San Antonio, TX 78216


BRIDGE HEAD I.T.
2810 N. FLORES ST.
San Antonio, TX 78212


CITY OF NEW BRAUNFELS ALARM PROGRAM
P.O. BOX 140457
Irving, TX 75014-0457


CMI
6704 GUADA COMA
Schertz, TX 78154


COLLISION COUNTRY REPAIR
4282 IH 10 EAST
San Antonio, TX 78219


COMAL COUNTY
P.O. BOX 659480
San Antonio, TX 78265


COMMUNITY HEALTH DEVELOPMENT, INC.
908 SOUTH EVANS BLDG
Uvalde, TX 78801


CONTINENTAL TIRE THE AMERICAS, LLC
P.O. BOX 60049
Charlotte, NC 28260-0049


D&D TWIN PRINT
6387 BABCOCK RD. #2
San Antonio, TX 78240


DOGGETT FREIGHTLINER
P.O. BOX 201150
San Antonio, TX 78239


ENGS COMMERCIAL FINANCE
P.O. BOX 71347
Chicago, IL 60694
```

ENVIROMENTAL COMPLIANCES ALERT
P.O. BOX 3019
Malvern, PA 19355


EXXON MOBIL V


FLEET PRIDE
P.O. BOX 847118
Dallas, TX 75284-7118


FLEETMATICS
1100 WINTER ST. SUITE 4600
Waltham, MA 02451


FLEETSCREEN, LTD
2421 W.7TH ST. SUITE 350
Fort Worth, TX 76107


FORT BEND COUNTY TOLL ROAD
P.O. BOX 9970
Trenton, NJ 08650-2970


FRENCH ELLISON
9010 IH-10 EAST
Converse, TX 78109


GRANDE FORD CENTER
P.O. BOX 201210
San Antonio, TX 07822


HAYS COUNTY
14306 RANCH RD. 12 SUITE 11
Wimberley, TX 78676


IBT, INC
4914 N.W.LOOP 410 SUITE 102
San Antonio, TX 78229


INDUSTRIAL COMMUNICATIONS
1019 E. EUCLID ST.
San Antonio, TX 78212-4598

INTERNAL REVENUE SERVICE
Cincinnati, OH 45999-0150


INTERNAL REVENUE SERVICE
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Special Procedures Staff
STOP 5022 AUS
300 E. 8th St.
Austin, TX 78701


INTERSTATE BILLING SERVICES
P.O. BOX 2206
Decatur, AL 35609-2208


J.J. KELLER
P.O. BOX 6609
Carol Stream, IL 60197-6609


JACKSON TOWING
2047 RIGSBY AVE.
San Antonio, TX 78210


KIMBALL MIDWEST
DEPT L-2780
Columbus, OH 43260-2780


LOGIX
P.O. BOX 3608
Houson, TX 77253-2606


LONE STAR RADIATOR, CO., INC
1227 BASSE RD.
San Antonio, TX 78212


MARYLAND TRANSPORTION AUTHORITY
CTRMA PROCESSING PO. BOX 16777
Austin, TX 78761


MCGEE CO.
8504 CHANCELLOR ROW
Dallas, TX 75247

```
MESQUITE CREEK LANDFILL
1700 KOHLENBERG RD.
New Braunfels, TX 78130


MIDSTATE ENVIRONMENTAL
P.O. BOX 261180
Corpus Christi, TX 78426


MSB
CTRMA PROCESSIN
P.O. Box 16777
Austin, TX 78761


NAPA AUTO PARTS F& F AUTO SUPPLY
720 E. MAIN
Uvalde, TX 78801


NORTHEAST METHODIST HOSPITAL
12412 JUDSON RD.
Live Oak, TX 78801


OFFICE DEPOT BUSINESS CREDIT CARD
DEPT.#56-4202063342
P.O. Box 78004
Phoenix, AZ 85062


OGBURN'S TRUCK PARTS
P.O. BOX 4630
Fort Worth, TX 76164-0630


PADGETT STRATEMANN
100 N.E. LOOP 410 SUITE 1100
San Antonio, TX 78216


PRAXAIR
P.O. BOX 120812
Dallas, TX 75312-0812


PRO-VIGIL INC.
4646 PERRIN CREEK SUITE 280
San Antonio, TX 78217


PROGRESSIVE INS.
P.O. BOX 105428
Atlanta, GA 30348-5428
```

```
PROTECTION SECURITY SOLUTIONS
P.O. BOX 219044
Kansas City, MO 64121-9044


QUALITY ACCESS CONTROL SYSTEM
13115 WETMORE RD, SAN ANTONIO, TEXAS 782
San Antonio, TX 78247


R. COMMUNICATIONS
P.O. BOX 758
Uvalde, TX 78802


RAMIREZ AUTO GLASS
2703 COMMERICAL
San Antonio, TX 78221


RELADYNE
9395 KENWOOD RD. SUITE 104
Blue Ash, OH 45424


RMS
P.O. BOX 361598
Columbus, OH 43236


RUSH TRUCK CENTER
8922 IH 10 EAST
Converse, TX 78109-5174


SA QUALITY FENCE
13115 WETMORE RD.
San Antonio, TX 78247


SAM'S CLUB MEMBERSHIP
P.O BOX 659783
San Antonio, TX


SAN ANTONIO BRAKE AND CLUTCH
P.O. BOX 976
San Antonio, TX 78294


SANKEY
925 AVENUE B.
San Antonio, TX 78215
```

```
SCI DISTRIBUTION
300 S. MADISON AVE, SUITE 2
Clearwater, FL 33756


SIGNATURE FINANCIAL
P.O . BOX 5524
Kicksville, NY 11802-5524


SOLUTION TARPS LLC
8034 CULEBRA RD. SUITE 100
San Antonio, TX 78251


SOUTHERN FIELD MAINTENANCE
P.O. BOX 201055
San Antonio, TX 78220


SOUTHERN TIRE MART LLC
P.O. BOX 1000
Memphis, TN 38148-0143


SPORTS PROMOTION NETWORK
P.O. BOX 200548
Arlington, TX 76006


ST DAVID S. AUSTIN MED CENTER
901 W.BEN WHITE BLVD.
Austin, TX 78704-6903


STATE OF ARKANSAS DEPT OF FINANCE & ADMI
1509 W. 7TH ST
Little Rock, AR 72201


STREAMLINE PRODUCTION SYSTEMS
36 BLUE QUAIL COURT
Victoria, TX 77905


SYN-CO CHEMICALS
P.O. BOX 478
Spring Branch, TX 78070


T & W TIRES
P.O. BOX 258859
Oklahoma City, OK 73125-8859
```

TELETRAC
32472 COLLECTION CENTER DR.
Chicago, IL 60693-0324


TEXAS ALCOHOL AND DRUG TESTING SERVICES
16903 RED OAK DR. SUITE 130
Houson, TX 77090-3938


TEXAS COMPTROLLER OF PUBLIC ACCT
P.O. BOX 13528
Austin, TX 78711-3528


TEXAS DEPARTMENT OF INSURANCES
P.O. Box 149104
Austin, TX 78714-9104


TEXAS MED CLINIC
13722 EMBASSY ROW
San Antonio, TX 78216-2000


TEXDOOR LTD
11202 BOMAR LANE
San Antonio, TX 78233


TIFCO INDUSTRIES
P.O. BOX 40277
Houson, TX 77240-0277


TIGER SANITATION
P.O. BOX 844909
Dallas, TX 75284-4909


TRUCK PRO
29787 NETWORK PLACE
Chicago, IL 60679-1787


TRUMP EQUIPMENT CO., LLC
4941 EMIL RD.
San Antonio, TX 78219


TXTAG
P.O. B0X 650749
Dallas, TX 75265-0749

```
U.S. Attorney
601 NW Loop 410, Suite 600
San Antonio, TX 78216


U.S. BANK BUSINESS EDGE CASH REWARDS CAR
P.O. BOX 790408
St. Louis, MO 63179-0408


UNION SERCURITY INSURANCES
P.O. BOX 419052
Kansas City, MO 64141-6052


United States Attorney General
Main Justice Bldg., Rm. 5111
10th & constitution Ave., NW
Washington, DC 20530


UVALDE COUNTY APPRAISAL DISTRICT
209 NORTH HIGH STREET
Uvalde, TX 78801-5207


VANGUARD TRUCK SERVICES
INTERSTATE BILLING SERVICES INC.
P.O. Box 2208
Decatur, AL 35609-2208


VIRTUAL BUILDERS EXCHANGE YP
4047 NACO PERRIN, SUITE 100
San Antonio, TX 78217


YP
P.O. BOX 5010
Carol Stream, IL 60197-5010
```