**Fill in this information to identify the case:**

Debtor name  **BILL HALL, JR., TRUCKING, LTD.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **16-52608**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __December  6, 2016__     *X* /s/ DOMINIQUE HALL
                                        _____
                                        Signature of individual signing on behalf of debtor

                                        **DOMINIQUE HALL**
                                        Printed name

                                        **AUTHORIZED REPRESENTATIVE OF GENERAL PARTNER**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **BILL HALL, JR., TRUCKING, LTD.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-52608**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $   **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $   **1,410,128.54**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $   **1,410,128.54**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $   **379,853.44**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$   **1,070,764.22**

4. **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b   $   **1,450,617.66**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **BILL HALL, JR., TRUCKING, LTD.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **16-52608**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **WELLS FARGO** | **BUSINESS CHECKING** | 0213 | $1,000.00 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.** | | | $1,000.00 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 170,180.00 | - | 0.00 | = .... | $170,180.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number *(If known)* **16-52608** |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | 329,948.54 | - | 0.00 | = .... | $329,948.54 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $500,128.54 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **Haco Holding** | % | $0.00 |
| 15.2. | **Bill Hall, Jr. Trucking, LLC** | % | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

| 17. | **Total of Part 4.** | $0.00 |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number *(If known)* **16-52608** |
|---|---|---|
| | Name | |

| 39. | Office furniture<br>**DESKS, CHAIRS, COMPUTERS, PRINTERS, COUCHES** | $10,000.00 | N/A | $0.00 |
|---|---|---|---|---|

40. Office fixtures

41. Office equipment, including all computer equipment and communication systems equipment and software

42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2005 Peterbilt 379 - Tractor**<br>**1XP5DB9X75N838850** | $0.00 | | $30,000.00 |
|---|---|---|---|---|
| 47.2. | **2005 Peterbilt 379 - Tractor**<br>**1XP5DB9X75N838847** | $0.00 | | $30,000.00 |
| 47.3. | **2005 Peterbilt 379 - Tractor**<br>**1XP5DB9X75N838855** | $0.00 | | $30,000.00 |
| 47.4. | **2005 Peterbilt 379 - Tractor**<br>**1XP5DB9X75N838853** | $0.00 | | $30,000.00 |
| 47.5. | **2005 Peterbilt 379 - Tractor**<br>**1XP5DB9X75N838866** | $0.00 | | $30,000.00 |
| 47.6. | **2005 Peterbilt 379 - Tractor**<br>**1XP5DB9X75N838860** | $0.00 | | $30,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | | Case number *(If known)* **16-52608** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.7. | **2005 Peterbilt 379 - Tractor**<br>**1XP5DB9X75N838851** | $0.00 | $30,000.00 |
| 47.8. | **2005 Peterbilt 379 - Tractor**<br>**1XP5DB9X75N838851** | $0.00 | $30,000.00 |
| 47.9. | **2005 Peterbilt 379 - Tractor**<br>**1XP5DB9X75N838848** | $0.00 | $30,000.00 |
| 47.10. | **2008 Kenworth T-800B - Tractor**<br>**1XKWDB9X98J227000** | $0.00 | $50,000.00 |
| 47.11. | **2010 Peterbilt 379 - Tractor**<br>**1XPHD49X0AD104201** | $0.00 | $45,000.00 |
| 47.12. | **2010 Peterbilt 379 - Tractor**<br>**1XPHD49X0AD104149** | $0.00 | $45,000.00 |
| 47.13. | **2010 Peterbilt 379 - Tractor**<br>**1XPHD49X0AD104209** | $0.00 | $45,000.00 |
| 47.14. | **2010 Peterbilt 379 - Tractor**<br>**1XPHD49X0AD104221** | $0.00 | $45,000.00 |
| 47.15. | **2010 Peterbilt 379 - Tractor**<br>**1XPHD49X0AD104205** | $0.00 | $45,000.00 |

| | | | |
|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 48.1. | **2006 Transcraft 53' - Flatbed**<br>**1TTF5320861081430** | $0.00 | $9,000.00 |
| 48.2. | **2006 Transcraft 53' - Flatbed**<br>**1TTF5320861081379** | $0.00 | $9,000.00 |
| 48.3. | **2006 Transcraft 53' - Flatbed**<br>**1TTF5320861081381** | $0.00 | $9,000.00 |
| 48.4. | **2006 Transcraft 53' - Flatbed**<br>**1TTF5320861081406** | $0.00 | $9,000.00 |
| 48.5. | **2006 Transcraft 53' - Flatbed**<br>**1TTF5320861081391** | $0.00 | $9,000.00 |
| 48.6. | **CPS Belly Dump Trailer**<br>**4Z45154232P004064** | $0.00 | $18,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　Best Case Bankruptcy

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number *(If known)* **16-52608** |
|---|---|---|
| | Name | |

| 48.7. | **2002 Clement Endlite Trailer** **5C2BB38B4M003524** | $0.00 | $20,000.00 |
|---|---|---|---|
| 48.8. | **2002 Clement Endlite Trailer** **5C2BB38B4M003694** | $0.00 | $20,000.00 |
| 48.9. | **2005 Clement Endlite Trailer** **5C2BB38B4M004497** | $0.00 | $20,000.00 |
| 48.10. | **2004 Clement Endlite Trailer** **5C2BB38B4M004092** | $0.00 | $20,000.00 |
| 48.11. | **2006 Clement Endlite Trailer** **5C2BB38B4M005253** | $0.00 | $20,000.00 |
| 48.12. | **2006 Clement Endlite Trailer** **5C2BB38B4M005144** | $0.00 | $20,000.00 |
| 48.13. | **2006 Clement Endlite Trailer** **5C2BB38B4M005143** | $0.00 | $20,000.00 |
| 48.14. | **2006 Clement Endlite Trailer** **5C2BB38B4M004497** | $0.00 | $20,000.00 |
| 48.15. | **2006 Clement Endlite Trailer** **5C2BB38B4M005096** | $0.00 | $20,000.00 |
| 48.16. | **2006 Clement Endlite Trailer** **5C2BB38B4M005140** | $0.00 | $20,000.00 |
| 48.17. | **2006 Clement Endlite Trailer** **5C2BB38B4M005095** | $0.00 | $20,000.00 |
| 48.18. | **1999 CPS End Dump Trailer** **4Z4515429XP002083** | $0.00 | $18,000.00 |
| 48.19. | **1999 CPS End Dump Trailer** **4Z4515429XP002034** | $0.00 | $18,000.00 |
| 48.20. | **2010 Peterbilt 379 - Tractor** **1XPHD49X0AD104205** | $0.00 | $45,000.00 |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number *(If known)* **16-52608** |
| --- | --- | --- |
| | Name | |

51.   **Total of Part 8.**                                                                                                                      **$909,000.00**

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
| --- | --- |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number *(If known)* **16-52608** |
|---|---|---|
| | Name | |

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,000.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $500,128.54 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $909,000.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $1,410,128.54 | + 91b. $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,410,128.54 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name    **BILL HALL, JR., TRUCKING, LTD.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **16-52608**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **ALBERT URESTI, MPA, PCC**<br>Creditor's Name<br><br>**BEXAR COUNTY TAX ASSESSOR**<br>**P.O. Box 2903**<br>**San Antonio, TX 78299**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 0010**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $119,348.29 | Unknown |
| **2.2**   **COMAL COUNTY**<br>Creditor's Name<br><br>**P.O. BOX 659480**<br>**San Antonio, TX 78265**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 0000**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $38,552.50 | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | | Case number (if know) | **16-52608** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **ENGS COMMERCIAL FINANCE** | Describe debtor's property that is subject to a lien | $165,416.45 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P.O. BOX 71347**
**Chicago, IL 60694**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0010**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **HAYS COUNTY** | Describe debtor's property that is subject to a lien | $4,760.82 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**14306 RANCH RD. 12**
**SUITE 11**
**Wimberley, TX 78676**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **UVALDE COUNTY APPRAISAL DISTRICT** | Describe debtor's property that is subject to a lien | $51,775.38 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**209 NORTH HIGH STREET**
**Uvalde, TX 78801-5207**
Creditor's mailing address

Describe the lien

---

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if know) | **16-52608** |
|---|---|---|---|
| | Name | | |

          Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2290**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $379,853.44

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **BILL HALL, JR., TRUCKING, LTD.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **16-52608**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any priority unsecured claims have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309.91 |
|---|---|---|---|
| | **A & A PUMP CO.**<br>**1119 CAMDEN**<br>**San Antonio, TX 78215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4009** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,058.31 |
|---|---|---|---|
| | **AFS/IBEX FINANCIAL SERVICES**<br>**P.O. BOX 650786**<br>**Dallas, TX 75265-0786** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **7823** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $772.25 |
|---|---|---|---|
| | **AIRGAS**<br>**P.O. BOX 676015**<br>**Dallas, TX 75267-6015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4837** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,767.00 |
|---|---|---|---|
| | **AMERICAN ELECTRIC**<br>**P.O. BOX 24404**<br>**Canton, OH 44701-4404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **9800** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if known) | **16-52608** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,120.09 |
|---|---|---|---|

**AMERICAN EXPRESS**
P.O. BOX 650448
Dallas, TX 75265-0448

Date(s) debt was incurred _
Last 4 digits of account number __35SA__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,506.44 |
|---|---|---|---|

**ARNOLD OIL COMPANY OF AUSTIN**
5909 BURLESON RD.
Austin, TX 78744

Date(s) debt was incurred _
Last 4 digits of account number __1008__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,976.88 |
|---|---|---|---|

**AT&T MOBILITY**
P.O. BOX 6463
Carol Stream, IL 60197-6463

Date(s) debt was incurred _
Last 4 digits of account number __1001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,836.85 |
|---|---|---|---|

**BARTON, EAST & CALDWELL, P.L.L.C**
700 N. ST MARY'S ST. SUITE 1825
San Antonio, TX 78205

Date(s) debt was incurred _
Last 4 digits of account number __1338__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,998.61 |
|---|---|---|---|

**BEXAR TRAILER SALES & SERVICE**
4300 HWY 90 E.
San Antonio, TX 78219

Date(s) debt was incurred _
Last 4 digits of account number __0003__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $844.35 |
|---|---|---|---|

**BOHLS BEARING POWER TRANSMISSION SERVICE**
211 PROBANDT ST.
San Antonio, TX 78204

Date(s) debt was incurred _
Last 4 digits of account number __9600__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.24 |
|---|---|---|---|

**BRANDOUTFITTERS**
424 W. NAKOMA
San Antonio, TX 78216

Date(s) debt was incurred _
Last 4 digits of account number __1447__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if known) | **16-52608** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Brian Macintosh**<br>**c/o Margaret Rogers**<br>**Progressive Insurance Claims Dept.**<br>**P.O. Box 512926**<br>**Los Angeles, CA 90051** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,489.75** |
|---|---|---|---|
| | **BRIDGE HEAD I.T.**<br>**2810 N. FLORES ST.**<br>**San Antonio, TX 78212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **8783** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|
| | **CITY OF NEW BRAUNFELS ALARM**<br>**PROGRAM**<br>**P.O. BOX 140457**<br>**Irving, TX 75014-0457** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,740.95** |
|---|---|---|---|
| | **CMI**<br>**6704 GUADA COMA**<br>**Schertz, TX 78154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **9529** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,867.72** |
|---|---|---|---|
| | **COLLISION COUNTRY REPAIR**<br>**4282 IH 10 EAST**<br>**San Antonio, TX 78219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,978.00** |
|---|---|---|---|
| | **COMMUNITY HEALTH DEVELOPMENT, INC.**<br>**908 SOUTH EVANS BLDG**<br>**Uvalde, TX 78801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **1009** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,574.69** |
|---|---|---|---|
| | **CONTINENTAL TIRE THE AMERICAS, LLC**<br>**P.O. BOX 60049**<br>**Charlotte, NC 28260-0049** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if known) | **16-52608** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,237.11** |
|---|---|---|---|
| | **D&D TWIN PRINT** | ☐ Contingent | |
| | **6387 BABCOCK RD. #2** | ☐ Unliquidated | |
| | **San Antonio, TX 78240** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **3099** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|
| | **DOGGETT FREIGHTLINER** | ☐ Contingent | |
| | **P.O. BOX 201150** | ☐ Unliquidated | |
| | **San Antonio, TX 78239** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0802,1019,6079,** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |
|---|---|---|---|
| | **ENVIROMENTAL COMPLIANCES ALERT** | ☐ Contingent | |
| | **P.O. BOX 3019** | ☐ Unliquidated | |
| | **Malvern, PA 19355** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0710** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,147.25** |
|---|---|---|---|
| | **EXXON MOBIL V** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **4488** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,503.46** |
|---|---|---|---|
| | **FLEET PRIDE** | ☐ Contingent | |
| | **P.O. BOX 847118** | ☐ Unliquidated | |
| | **Dallas, TX 75284-7118** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **8302** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,818.50** |
|---|---|---|---|
| | **FLEETMATICS** | ☐ Contingent | |
| | **1100 WINTER ST. SUITE 4600** | ☐ Unliquidated | |
| | **Waltham, MA 02451** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **3477** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$447.50** |
|---|---|---|---|
| | **FLEETSCREEN, LTD** | ☐ Contingent | |
| | **2421 W.7TH ST. SUITE 350** | ☐ Unliquidated | |
| | **Fort Worth, TX 76107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **5177** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if known) | **16-52608** |
|---|---|---|---|
| | Name | | |

---

**3.26** Nonpriority creditor's name and mailing address
**FORT BEND COUNTY TOLL ROAD**
P.O. BOX 9970
Trenton, NJ 08650-2970

Date(s) debt was incurred _

Last 4 digits of account number **2427**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$84.00**

---

**3.27** Nonpriority creditor's name and mailing address
**FRENCH ELLISON**
9010 IH-10 EAST
Converse, TX 78109

Date(s) debt was incurred _

Last 4 digits of account number **2161**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$121,204.74**

---

**3.28** Nonpriority creditor's name and mailing address
**GRANDE FORD CENTER**
P.O. BOX 201210
San Antonio, TX 07822

Date(s) debt was incurred _

Last 4 digits of account number **4123**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,612.54**

---

**3.29** Nonpriority creditor's name and mailing address
**IBT, INC**
4914 N.W.LOOP 410 SUITE 102
San Antonio, TX 78229

Date(s) debt was incurred _

Last 4 digits of account number **3019**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$248.02**

---

**3.30** Nonpriority creditor's name and mailing address
**INDUSTRIAL COMMUNICATIONS**
1019 E. EUCLID ST.
San Antonio, TX 78212-4598

Date(s) debt was incurred _

Last 4 digits of account number **788A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,140.49**

---

**3.31** Nonpriority creditor's name and mailing address
**INTERNAL REVENUE SERVICE**

Cincinnati, OH 45999-0150

Date(s) debt was incurred _

Last 4 digits of account number **9782**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **941 Taxes**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,571.18**

---

**3.32** Nonpriority creditor's name and mailing address
**INTERNAL REVENUE SERVICE**

Cincinnati, OH 45999-0150

Date(s) debt was incurred _

Last 4 digits of account number **9782**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **RoadTaxe - 2015**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,493.73**

---

Debtor   **BILL HALL, JR., TRUCKING, LTD.**                     Case number (if known)   **16-52608**
_____
Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTERNAL REVENUE SERVICE**
**P.O. Box 21126**
**Philadelphia, PA 19114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**Special Procedures Staff**
**STOP 5022 AUS**
**300 E. 8th St.**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627.46 |
|---|---|---|---|

**INTERSTATE BILLING SERVICES**
**P.O. BOX 2206**
**Decatur, AL 35609-2208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **TRU,BIL**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.11 |
|---|---|---|---|

**J.J. KELLER**
**P.O. BOX 6609**
**Carol Stream, IL 60197-6609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7759**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.00 |
|---|---|---|---|

**JACKSON TOWING**
**2047 RIGSBY AVE.**
**San Antonio, TX 78210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2926**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,218.75 |
|---|---|---|---|

**KIMBALL MIDWEST**
**DEPT L-2780**
**Columbus, OH 43260-2780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7926**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lloyd Van Winkle**
**c/o Diana E. Almeter**
**USAA Insurance - Subrogation Dept.**
**P.O. Box 659476**
**San Antonio, TX 78265**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if known) | **16-52608** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $586.03 |
|---|---|---|---|

**LOGIX**
P.O. BOX 3608
Houson, TX 77253-2606

Date(s) debt was incurred _
Last 4 digits of account number  8371

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.81 |
|---|---|---|---|

**LONE STAR RADIATOR, CO., INC**
1227 BASSE RD.
San Antonio, TX 78212

Date(s) debt was incurred _
Last 4 digits of account number  2104

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.00 |
|---|---|---|---|

**MARYLAND TRANSPORTION AUTHORITY**
CTRMA PROCESSING PO. BOX 16777
Austin, TX 78761

Date(s) debt was incurred _
Last 4 digits of account number  3660

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.69 |
|---|---|---|---|

**MCGEE CO.**
8504 CHANCELLOR ROW
Dallas, TX 75247

Date(s) debt was incurred _
Last 4 digits of account number  T653

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,892.20 |
|---|---|---|---|

**MESQUITE CREEK LANDFILL**
1700 KOHLENBERG RD.
New Braunfels, TX 78130

Date(s) debt was incurred _
Last 4 digits of account number  0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.60 |
|---|---|---|---|

**MIDSTATE ENVIRONMENTAL**
P.O. BOX 261180
Corpus Christi, TX 78426

Date(s) debt was incurred _
Last 4 digits of account number  NV55

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.92 |
|---|---|---|---|

**MSB**
CTRMA PROCESSIN
P.O. Box 16777
Austin, TX 78761

Date(s) debt was incurred _
Last 4 digits of account number  4885

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if known) | **16-52608** |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,039.90** |
|---|---|---|---|
| | **NAPA AUTO PARTS F& F AUTO SUPPLY** | ☐ Contingent | |
| | **720 E. MAIN** | ☐ Unliquidated | |
| | **Uvalde, TX 78801** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  2080** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$794.00** |
|---|---|---|---|
| | **NORTHEAST METHODIST HOSPITAL** | ☐ Contingent | |
| | **12412 JUDSON RD.** | ☐ Unliquidated | |
| | **Live Oak, TX 78801** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  6531** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,427.92** |
|---|---|---|---|
| | **OFFICE DEPOT BUSINESS CREDIT CARD** | ☐ Contingent | |
| | **DEPT.#56-4202063342** | ☐ Unliquidated | |
| | **P.O. Box 78004** | ☐ Disputed | |
| | **Phoenix, AZ 85062** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  2JUD** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,515.75** |
|---|---|---|---|
| | **OGBURN'S TRUCK PARTS** | ☐ Contingent | |
| | **P.O. BOX 4630** | ☐ Unliquidated | |
| | **Fort Worth, TX 76164-0630** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  3342** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | **PADGETT STRATEMANN** | ☐ Contingent | |
| | **100 N.E. LOOP 410 SUITE 1100** | ☐ Unliquidated | |
| | **San Antonio, TX 78216** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  7819** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.83** |
|---|---|---|---|
| | **PRAXAIR** | ☐ Contingent | |
| | **P.O. BOX  120812** | ☐ Unliquidated | |
| | **Dallas, TX 75312-0812** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  8348** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,956.63** |
|---|---|---|---|
| | **PRO-VIGIL INC.** | ☐ Contingent | |
| | **4646 PERRIN CREEK SUITE 280** | ☐ Unliquidated | |
| | **San Antonio, TX 78217** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  8098** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if known) | **16-52608** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,378.33** |
|---|---|---|---|

**PROGRESSIVE INS.**
P.O. BOX 105428
Atlanta, GA 30348-5428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **B857**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,348.27** |
|---|---|---|---|

**PROTECTION SECURITY SOLUTIONS**
P.O. BOX 219044
Kansas City, MO 64121-9044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6182**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$346.58** |
|---|---|---|---|

**QUALITY ACCESS CONTROL SYSTEM**
13115 WETMORE RD, SAN ANTONIO,
TEXAS 782
San Antonio, TX 78247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.00** |
|---|---|---|---|

**R. COMMUNICATIONS**
P.O. BOX 758
Uvalde, TX 78802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account
number  **3187,3618,4554,4092,**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$159.00** |
|---|---|---|---|

**RAMIREZ AUTO GLASS**
2703 COMMERICAL
San Antonio, TX 78221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2572**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146,815.37** |
|---|---|---|---|

**RELADYNE**
9395 KENWOOD RD. SUITE 104
Blue Ash, OH 45424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4009**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,063.93** |
|---|---|---|---|

**RMS**
P.O. BOX 361598
Columbus, OH 43236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9745**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if known) | **16-52608** |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627.46 |
|---|---|---|---|

**RUSH TRUCK CENTER**
**8922 IH 10 EAST**
**Converse, TX 78109-5174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0285**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,087.56 |
|---|---|---|---|

**SA QUALITY FENCE**
**13115 WETMORE RD.**
**San Antonio, TX 78247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2968**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,731.79 |
|---|---|---|---|

**SAM'S CLUB MEMBERSHIP**
**P.O BOX 659783**
**San Antonio, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8001**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $855.72 |
|---|---|---|---|

**SAN ANTONIO BRAKE AND CLUTCH**
**P.O. BOX 976**
**San Antonio, TX 78294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **BS52**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,229.24 |
|---|---|---|---|

**SANKEY**
**925 AVENUE B.**
**San Antonio, TX 78215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4318**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,113.40 |
|---|---|---|---|

**SCI DISTRIBUTION**
**300 S. MADISON AVE, SUITE 2**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6104**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $863.45 |
|---|---|---|---|

**SOLUTION TARPS LLC**
**8034 CULEBRA RD. SUITE 100**
**San Antonio, TX 78251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1025**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if known) | **16-52608** |
|---|---|---|---|
| | Name | | |

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,841.04**

SOUTHERN FIELD MAINTENANCE
P.O. BOX 201055
San Antonio, TX 78220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **V945,968,973**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,203.00**

SOUTHERN TIRE MART LLC
P.O. BOX 1000
Memphis, TN 38148-0143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0901**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$419.90**

SPORTS PROMOTION NETWORK
P.O. BOX 200548
Arlington, TX 76006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2600**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,797.00**

ST DAVID S. AUSTIN MED CENTER
901 W.BEN WHITE BLVD.
Austin, TX 78704-6903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5614**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

STATE OF ARKANSAS DEPT OF FINANCE &
ADMI
1509 W. 7TH ST
Little Rock, AR 72201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4358**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

STREAMLINE PRODUCTION SYSTEMS
36 BLUE QUAIL COURT
Victoria, TX 77905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3614**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,565.70**

SYN-CO CHEMICALS
P.O. BOX 478
Spring Branch, TX 78070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4721**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if known) | **16-52608** |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,301.00** |
|---|---|---|---|

**T & W TIRES**
P.O. BOX 258859
Oklahoma City, OK 73125-8859

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2616**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$162.00** |
|---|---|---|---|

**TELETRAC**
32472 COLLECTION CENTER DR.
Chicago, IL 60693-0324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6284**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$480.00** |
|---|---|---|---|

**TEXAS ALCOHOL AND DRUG TESTING SERVICES**
16903 RED OAK DR. SUITE 130
Houson, TX 77090-3938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9405**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146,258.46** |
|---|---|---|---|

**TEXAS COMPTROLLER OF PUBLIC ACCT**
P.O. BOX 13528
Austin, TX 78711-3528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3074**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$177.50** |
|---|---|---|---|

**TEXAS DEPARTMENT OF INSURANCES**
P.O. Box 149104
Austin, TX 78714-9104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6286**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$540.00** |
|---|---|---|---|

**TEXAS MED CLINIC**
13722 EMBASSY ROW
San Antonio, TX 78216-2000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153.72** |
|---|---|---|---|

**TEXDOOR LTD**
11202 BOMAR LANE
San Antonio, TX 78233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1896**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if known) | **16-52608** |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.09 |
|---|---|---|---|

**TIFCO INDUSTRIES**
P.O. BOX 40277
Houson, TX 77240-0277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3351**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.06 |
|---|---|---|---|

**TIGER SANITATION**
P.O. BOX 844909
Dallas, TX 75284-4909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1433**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,162.92 |
|---|---|---|---|

**TRUCK PRO**
29787 NETWORK PLACE
Chicago, IL 60679-1787

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **5724**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $681.83 |
|---|---|---|---|

**TRUMP EQUIPMENT CO., LLC**
4941 EMIL RD.
San Antonio, TX 78219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **A020**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.58 |
|---|---|---|---|

**TXTAG**
P.O. B0X 650749
Dallas, TX 75265-0749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0901**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**U.S. Attorney**
601 NW Loop 410, Suite 600
San Antonio, TX 78216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,912.44 |
|---|---|---|---|

**U.S. BANK BUSINESS EDGE CASH
REWARDS CAR**
P.O. BOX 790408
St. Louis, MO 63179-0408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8807**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BILL HALL, JR., TRUCKING, LTD.** | Case number (if known) | **16-52608** |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**UNION SERCURITY INSURANCES**
**P.O. BOX 419052**
**Kansas City, MO 64141-6052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United States Attorney General**
**Main Justice Bldg., Rm. 5111**
**10th & constitution Ave., NW**
**Washington, DC 20530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $451.62 |
|---|---|---|---|

**VANGUARD TRUCK SERVICES**
**INTERSTATE BILLING SERVICES INC.**
**P.O. Box 2208**
**Decatur, AL 35609-2208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2289**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,000.00 |
|---|---|---|---|

**Vehifax Corporation**
**555 Broad Hollow Road, Suite 210**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Commercial Lease Agreement on (5) 2016 Clment Starlight and Dump Trailers**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649.00 |
|---|---|---|---|

**VIRTUAL BUILDERS EXCHANGE YP**
**4047 NACO PERRIN, SUITE 100**
**San Antonio, TX 78217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7934**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.10 |
|---|---|---|---|

**YP**
**P.O. BOX 5010**
**Carol Stream, IL 60197-5010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4755**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor   **BILL HALL, JR., TRUCKING, LTD.**
_____
Name

Case number (*if known*)   **16-52608**
_____



| | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1** | 5a. $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ **1,070,764.22** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ **1,070,764.22** |

**Fill in this information to identify the case:**

Debtor name        **BILL HALL, JR., TRUCKING, LTD.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **16-52608**

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest   **Trailers** | |
| State the term remaining | |
| List the contract number of any government contract | **Vehifax Corporation**<br>**555 Broad Hollow Road, Suite 210**<br>**Melville, NY 11747** |

**Fill in this information to identify the case:**

Debtor name    **BILL HALL, JR., TRUCKING, LTD.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-52608**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City   State   Zip Code | | | |
| 2.2 _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City   State   Zip Code | | | |
| 2.3 _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City   State   Zip Code | | | |
| 2.4 _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City   State   Zip Code | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **BILL HALL, JR., TRUCKING, LTD.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **16-52608**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,690,861.35** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$16,065,654.46** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$18,991,415.50** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor  **BILL HALL, JR., TRUCKING, LTD.**                    Case number *(if known)* **16-52608**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **ENGS COMMERCIAL FINANCE**<br>P.O. BOX 71347<br>Chicago, IL 60694 | **September 30, 2016 October 21, 2016** | $11,408.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Signature Finance**<br>P.O. Box 5524<br>Hicksville, NY 11802 | **September 12, 2016 September 20, 2016 October 20, 2016** | $17,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **ARNOLD OIL COMPANY OF AUSTIN**<br>5909 BURLESON RD.<br>Austin, TX 78744 | **August 10, 2016** | $6,962.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **IPFS Insurance** | **October 3, 2016 October 21, 2016** | $79,607.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **FLEET PRIDE**<br>P.O. BOX 847118<br>Dallas, TX 75284-7118 | **August 16, 2016 September 2, 2016 October 3, 2016 November 1, 2016** | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **FRANCIS HALL** | **August 10, 2016 through November 10, 2016 Weekly payments** | $48,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Dominique Hall** | **August 10, 2016 through November 10, 2016 Weekly payments** | $13,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **AMERICAN EXPRESS**<br>P.O. BOX 650448<br>Dallas, TX 75265-0448 | **August 26, 2016 September 28, 2016** | $32,737.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **BILL HALL, JR., TRUCKING, LTD.**                                    Case number *(if known)*  **16-52608**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9.   **PADGETT STRATEMANN**<br>**100 N.E. LOOP 410 SUITE 1100**<br>**San Antonio, TX 78216** | **October 10,**<br>**2016** | **$13,115.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Mario Hernandez vs. Bill Hall,**<br>**Jr. Trucking, Ltd.**<br>**2016-CI-01595** | | **Bexar County**<br>**438th Judicial District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Charles Ray McGary vs. Bill**<br>**Hall, Jr. Trucking, Ltd.**<br>**15-07-13510** | | **293rd Judicial District Court**<br>**Zavala County, Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Deborah May Rhodes vs. Bill**<br>**Hall, J r. Trucking, Ltd.**<br>**15-07-00150-CVK** | | **218th Judicial District**<br>**Karnes County, Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **BILL HALL, JR., TRUCKING, LTD.**                    Case number *(if known)* **16-52608**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **William Macon vs. Bill Hall, Jr. Trucking, Ltd.**<br>**2014-CI-11345** | | **150th Judicial District Court**<br>**Bexar County, Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Gillermo A. Torres vs. Bill Hall, Jr. Trucking, Ltd.**<br>**2016-CI-13323** | | **37th Judicial District Court**<br>**Bexar County, Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **San Antonio Livestock**<br>**723 AT&T Center Parkway**<br>**San Antonio, TX 78219** | | **01/21/2014** | **$1,500.00** |
| | **Recipients relationship to debtor** | | | |
| 9.2. | **Ronald McDonald House**<br>**227 Lewis St.**<br>**San Antonio, TX 78212** | | **03/826/2014** | **$3,950.00** |
| | **Recipients relationship to debtor** | | | |
| 9.3. | **Southwest High School**<br>**11914 Dragon Lane, #800**<br>**San Antonio, TX 78252** | | **05/22/2014** | **$2,500.00** |
| | **Recipients relationship to debtor** | | | |
| 9.4. | **Uvalde Festival**<br>**2401 Garner Field Rd.**<br>**Uvalde, TX 78801** | | **08/12/2014** | **$2,500.00** |
| | **Recipients relationship to debtor** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **BILL HALL, JR., TRUCKING, LTD.**                                    Case number *(if known)* **16-52608**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.5. | **San Antonio Livestock**<br>**AT&T Parkway**<br>**San Antonio, TX 78219** | | **12/06/2014** | **$1,500.00** |
| | Recipients relationship to debtor | | | |
| 9.6. | **Castle Ridge Mortuary**<br>**8008 W. Military Dr.**<br>**San Antonio, TX 78227** | | **01/07/2015** | **$4,374.00** |
| | Recipients relationship to debtor | | | |
| 9.7. | **Kingdom Builders**<br>**15150 Nacogdoches Rd.**<br>**San Antonio, TX 78247** | | **01/19/2015** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.8. | **Southwest High School**<br>**11914 Dragon Lane, #800**<br>**San Antonio, TX 78252** | | **03/02/2015** | **$2,000.00** |
| | Recipients relationship to debtor | | | |
| 9.9. | **Ronald McDonald House**<br>**227 Lewis St.**<br>**San Antonio, TX 78212** | | **03/08/2015** | **$2,300.00** |
| | Recipients relationship to debtor | | | |
| 9.10. | **TJ's Dance Class**<br>**12002 Bandera Rd., #106**<br>**Helotes, TX 78023** | | **05/04/2015** | **$1,060.00** |
| | Recipients relationship to debtor | | | |
| 9.11. | **Hunter Industrial**<br>**5080 FM 2439**<br>**New Braunfels, TX 78132** | | **05/07/2015** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.12. | **U.S. Bank**<br>**10500 Sea World Dr.**<br>**San Antonio, TX 78251** | **SWISD** | **05/10/2015** | **$4,200.00** |
| | Recipients relationship to debtor | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **BILL HALL, JR., TRUCKING, LTD.**                                    Case number *(if known)*  **16-52608**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.13. | **Southwest High School**<br>**11914 Dragon Lane, #800**<br>**San Antonio, TX 78252** | **SWISD Dance** | | **$3,000.00** |
| | **Recipients relationship to debtor** | | | |
| 9.14. | **Southwest High School**<br>**11914 Dragon Lane, #800**<br>**San Antonio, TX 78252** | **Charity** | | **$5,000.00** |
| | **Recipients relationship to debtor** | | | |
| 9.15. | **San Antonio Food Bank**<br>**5200 Enrique M. Barrera Pkwy.**<br>**San Antonio, TX 78227** | | **09/26/2015** | **$1,000.00** |
| | **Recipients relationship to debtor** | | | |
| 9.16. | **Southwest High School**<br>**11914 Dragon Lane, #800**<br>**San Antonio, TX 78252** | **Education** | **09/30/2015** | **$5,000.00** |
| | **Recipients relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **BILL HALL, JR., TRUCKING, LTD.**                                    Case number *(if known)*  **16-52608**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **James S. Wilkins** **Willis & Wilkins, L.L.P.** **711 Navarro Street, Suite 711** **San Antonio, TX 78205-1711** | | | **$17,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | BILL HALL, JR., TRUCKING, LTD. | Case number (if known) 16-52608 |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Bill Hall, Jr. Trucking GP, LLC** | | **This Debtor has all of its property and equipment at the same location 9630 Cagdon, San Antonio, Texas 78252.  The property is described in the bankruptcy schedules of that LLC.** | **$0.00** |

**Part 12:    Details About Environment Information**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | BILL HALL, JR., TRUCKING, LTD. | Case number *(if known)* | **16-52608** |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Halco Holdings** | **Transportation** | EIN: **27-4542988**<br><br>From-To **January 2011-Present** |
| 25.2. **Bill Hall, Jr. Trucking GP, LLC** | | EIN: **27-4543162**<br><br>From-To **2011-Present** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    

Debtor    **BILL HALL, JR., TRUCKING, LTD.**                              Case number *(if known)*  **16-52608**

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Dominique Hall | 807 Fleet Admiral San Antonio, TX 78245 | Adminstratrix of Estate of Bill Hall, Jr. and has Power of Attorney for Frances Hall | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☐ No
   ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Frances Hall | 18357 Shadow Canyon Helotes, TX 78023 | Owner 100% | Opening - 09/08/2011 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

Debtor      **BILL HALL, JR., TRUCKING, LTD.**                         Case number *(if known)*   **16-52608**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**Part 14:**   **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  6, 2016**

**/s/ DOMINIQUE HALL**                          **DOMINIQUE HALL**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **AUTHORIZED REPRESENTATIVE OF
GENERAL PARTNER**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

In re   **BILL HALL, JR., TRUCKING, LTD.**                           Case No.   **16-52608**

                                           Debtor(s)               Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 17,500.00 |
| Prior to the filing of this statement I have received | $ | 17,500.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  6, 2016**
*Date*

             **/s/ JAMES S. WILKINS**
             **JAMES S. WILKINS 21486500**
             *Signature of Attorney*
             **JAMES S. WILKINS**
             **WILLIS & WILKINS, L.L.P.**
             **711 Navarro Street, Suite 711**
             **San Antonio, TX 78205-1711**
             **210-271-9212  Fax: 210-271-9389**
             **jwilkins@stic.net**
             *Name of law firm*

# United States Bankruptcy Court
## Western District of Texas

In re    **BILL HALL, JR., TRUCKING, LTD.**        Case No.    **16-52608**

Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **FRANCIS HALL** | **COMMON** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **AUTHORIZED REPRESENTATIVE OF GENERAL PARTNER** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 6, 2016**        Signature   **/s/ DOMINIQUE HALL**

                                                        **DOMINIQUE HALL**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.