**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**SAN ANTONIO, TX 78205**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BILL HALL, JR., TRUCKING, LTD. | § | CASE NO. 16-52608-CAG |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR IN POSSESSION | § | |

**REPORT OF THE UNITED STATES TRUSTEE OF**
**INABILITY TO APPOINT A CREDITORS' COMMITTEE**

COMES NOW Judy A. Robbins, the United States Trustee for Region 7 ("UST"), who, by and through the undersigned attorney respectfully reports as follows:

1.  The voluntary petition in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was filed on November 10, 2016.

2.  The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims (Creditors' Committee) pursuant to 11 U.S.C. § 1102(a)(1).

3.  The United States Trustee has attempted to solicit creditors interested in serving on a Creditors' Committee from the 20 largest unsecured creditors. The United States Trustee, however, has not received sufficient interest from creditors to form a Creditors' Committee.

THEREFORE, the United States Trustee has been unable to appoint a Creditors' Committee as contemplated by 11 U.S.C. § 1102.

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE
REGION 7

By: //s//Kevin M. Epstein
    Kevin M. Epstein
    Trial Attorney
    Texas Bar No. 00790647
    615 E. Houston, Rm. 533
    San Antonio, TX 78205
    (210) 472-4640
    (210) 472-4649 Fax
    Kevin.M.Epstein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing United States Trustee's Report of Inability to Appoint a Creditors' Committee was served upon the parties on the attached list by United States Mail, first class, postage prepaid and/or by electronic means for all Pacer System participants, on this the 13th day of December, 2016.

 //s//Kevin M. Epstein
Kevin M. Epstein

| | | |
|---|---|---|
| American Express<br>PO Box 650448<br>Dallas, TX  75265 | Arnold Oil Company of Austin<br>5909 Burleson Rd.<br>Austin, TX  78744 | AT& T Mobility<br>PO Box 6463<br>Carol Stream, IL  60197 |
| Barton, East & Caldwell, PLLC<br>700 N. St. Mary's St., Ste. 1825<br>San Antonio, TX  78205 | Bexar Trailer Sales & Service<br>4300 Hwy 90 E.<br>San Antonio, TX  78219 | Collision Country Repair<br>4282 IH 10 East<br>San Antonio, TX  78219 |
| Continental Tire The Americas, LLC<br>PO Box 60049<br>Charlotte, NC  28260 | Fleet Pride<br>PO Box 847118<br>Dallas, TX  75284 | Fleetmatics<br>1100 Winter St., Ste. 4600<br>Waltham, MA  02451 |
| French Ellison<br>9010 IH-10 East<br>Converse, TX  78109 | Internal Revenue Service<br>Cincinnati, OH  45999-0150 | Kimball Midwest<br>Dept. L- 2780<br>Columbus, OH  43260-2780 |
| Padgett Stratemann<br>100 N.E. Loop 410, Ste. 1100<br>San Antonio, TX  78216 | Reladyne<br>9395 Kenwood Rd., Ste. 104<br>Blue Ash, OH  45424 | Southern Field Maintenance<br>PO Box 201055<br>San Antonio, TX  78220 |
| Southern Tire Mart, LLC<br>PO Box 1000<br>Memphis, TN  38148-0143 | T & W Tires<br>PO Box 258859<br>Oklahoma City, OK  73125-8859 | Texas Comptroller of Public Accounts<br>PO Box 13528<br>Austin, TX  78711-3528 |
| U.S. Bank Business Edge<br>Cash Rewards Card<br>PO Box 790408<br>St. Louis, MO  63179-0408 | Bill Hall, Jr., Trucking, Ltd.<br>9630 Cagnon Rd.<br>San Antonio, TX  78252 | James S. Wilkins<br>Willis & Wilkins, LLP<br>711 Navarro Street, Ste. 711<br>San Antonio, TX  78205-1711 |