**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In re: | § | Case No. 16-52608-CAG |
| | § | |
| BILL HALL, JR., TRUCKING, LTD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Johnny W. Thomas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,239,140.14 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $794.02 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $5,837.41 | | |

3) Total gross receipts of $6,631.43 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,631.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $388,679.28 | $338,467.07 | $794.02 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $5,837.41 | $5,837.41 | $5,837.41 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $144,228.64 | $144,228.64 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $10,508,289.64 | $8,985,573.53 | $0.00 |
| **Total Disbursements** | $0.00 | $11,047,034.97 | $9,474,106.65 | $6,631.43 |

4). This case was originally filed under chapter 11 on 11/10/2016. The case was converted to one under Chapter 7 on 03/22/2017. The case was pending for 49 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/06/2021</u>     By: <u>/s/ Johnny W. Thomas</u>
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable 90 days old or less | 1121-000 | $6,631.43 |
| **TOTAL GROSS RECEIPTS** | | $6,631.43 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bexar County | 4800-000 | $0.00 | $111,731.70 | $111,731.70 | $792.64 |
| 2 | Bexar County District Clerk | 4800-071 | $0.00 | $194.00 | $194.00 | $1.38 |
| 7 | Uvalde County | 4210-000 | $0.00 | $79,167.57 | $79,167.57 | $0.00 |
| 9 | Comal County | 4210-000 | $0.00 | $102,875.57 | $102,875.57 | $0.00 |
| 10 | Hays County | 4210-000 | $0.00 | $1,837.67 | $1,837.67 | $0.00 |
| 19 | Bexar County | 4110-000 | $0.00 | $50,212.21 | $0.00 | $0.00 |
| 29 | Comal County | 4210-000 | $0.00 | $40,480.15 | $40,480.15 | $0.00 |
| 30 | Hays County | 4210-000 | $0.00 | $2,180.41 | $2,180.41 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $388,679.28 | $338,467.07 | $794.02 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Johnny W. Thomas, Trustee | 2100-000 | NA | $1,413.14 | $1,413.14 | $1,413.14 |
| Johnny W. Thomas, Law Office, Trustee | 2200-000 | NA | $1,633.63 | $1,633.63 | $1,633.63 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $13.20 | $13.20 | $13.20 |
| Independent Bank | 2600-000 | NA | $28.70 | $28.70 | $28.70 |
| Integrity Bank | 2600-000 | NA | $98.74 | $98.74 | $98.74 |
| U.S. Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Janet Rakowitz, Accountant for Trustee | 3410-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $5,837.41 | $5,837.41 | $5,837.41 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Comptroller of Public Accounts | 5800-000 | $0.00 | $119,893.27 | $119,893.27 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $24,335.37 | $24,335.37 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $144,228.64 | $144,228.64 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Daimler Trust | 7100-000 | $0.00 | $480,058.43 | $79,971.23 | $0.00 |
| 4a | Comptroller of Public Accounts | 7100-000 | $0.00 | $26,365.19 | $26,365.19 | $0.00 |
| 5a | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $9,974.59 | $9,974.59 | $0.00 |
| 6 | INDUSTRIAL COMMUNICATIONS | 7100-000 | $0.00 | $6,140.49 | $6,140.49 | $0.00 |
| 8 | Redi Fuel A Reladyne Co. | 7100-000 | $0.00 | $141,815.37 | $141,815.37 | $0.00 |
| 11 | Protection One | 7100-000 | $0.00 | $3,527.64 | $3,527.64 | $0.00 |
| 12 | Southern Tire Mart, LLC | 7100-000 | $0.00 | $46,703.03 | $46,703.03 | $0.00 |
| 13 | Mario Hernandez | 7100-000 | $0.00 | $1,000,000.00 | $0.00 | $0.00 |
| 14 | American Express Travel Related Services Company, | 7100-000 | $0.00 | $50,260.04 | $50,260.04 | $0.00 |
| 15 | Airgas USA, LLC | 7100-000 | $0.00 | $749.76 | $749.76 | $0.00 |
| 16 | Euler Hermes N. A. Agent for Multi Service Technol | 7100-000 | $0.00 | $4,795.53 | $4,795.53 | $0.00 |
| 17 | Engs Commercial Finance Co. | 7100-000 | $0.00 | $160,976.41 | $160,976.41 | $0.00 |
| 18 | Banc of America Leasing & Capital | 7100-000 | $0.00 | $122,628.91 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|     |                              |          |        |              |              |        |
| --- | ---------------------------- | -------- | ------ | ------------ | ------------ | ------ |
|     | LLC                          |          |        |              |              |        |
| 21  | Praxair Distribution Inc     | 7100-000 | $0.00  | $1,186.53    | $1,186.53    | $0.00  |
| 22  | Idalia &#038; Juan Cervantes | 7100-000 | $0.00  | $1,000,000.00 | $1,000,000.00 | $0.00  |
| 23  | Guillermo Torres             | 7100-000 | $0.00  | $1,000,000.00 | $1,000,000.00 | $0.00  |
| 24  | TEXAS WORKFORCE COMMISSION   | 7100-000 | $0.00  | $318.05      | $318.05      | $0.00  |
| 25  | 4282 I H 10 E                | 7100-000 | $0.00  | $28,198.85   | $28,198.85   | $0.00  |
| 26  | Guillermo Torres             | 7100-000 | $0.00  | $1,000,000.00 | $1,000,000.00 | $0.00  |
| 27  | Idalia and Juan Cervantes    | 7100-000 | $0.00  | $1,000,000.00 | $1,000,000.00 | $0.00  |
| 28  | Syn-Co Chemical, Inc.        | 7100-000 | $0.00  | $5,284.34    | $5,284.34    | $0.00  |
| 31  | PACCAR Financial Corp.       | 7100-000 | $0.00  | $3,322,356.91 | $3,322,356.91 | $0.00  |
| 32  | FRENCH ELLISON TRUCK CENTER LLC | 7100-000 | $0.00 | $96,949.57 | $96,949.57 | $0.00 |
| 33  | Rosalina Anzaldua            | 7200-000 | $0.00  | $1,000,000.00 | $1,000,000.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $10,508,289.64 | $8,985,573.53 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 16-52608-G-7 | | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|---|
| Case Name: | BILL HALL, JR., TRUCKING, LTD | | | Date Filed (f) or Converted (c): | 03/22/2017 (c) |
| For the Period Ending: | 4/6/2021 | | | §341(a) Meeting Date: | 04/25/2017 |
| | | | | Claims Bar Date: | 08/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO BUSINESS CHECKING 0213 | $191.60 | $0.00 | | $0.00 | FA |
| 2 | Accounts receivable 90 days old or less | $170,180.00 | $6,631.43 | | $6,631.43 | FA |
| **Asset Notes:** | per Agreed Judgment No. 2016CV05344 | | | | | |
| 3 | Accounts receivable 90 days old or less | $329,948.54 | $0.00 | | $0.00 | FA |
| 4 | Haco Holding | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Bill Hall, Jr. Trucking, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 6 | DESKS, CHAIRS, COMPUTERS, PRINTERS, COUCHES | $0.00 | $0.00 | | $0.00 | FA |
| 7 | 2005 Peterbilt 379 - Tractor 1XP5DB9X75N838850 | $30,000.00 | $0.00 | | $0.00 | FA |
| 8 | 2005 Peterbilt 379 - Tractor 1XP5DB9X75N838847 | $30,000.00 | $0.00 | | $0.00 | FA |
| 9 | 2005 Peterbilt 379 - Tractor 1XP5DB9X75N838855 | $30,000.00 | $0.00 | | $0.00 | FA |
| 10 | 2005 Peterbilt 379 - Tractor 1XP5DB9X75N838853 | $30,000.00 | $0.00 | | $0.00 | FA |
| 11 | 2005 Peterbilt 379 - Tractor 1XP5DB9X75N838866 | $30,000.00 | $0.00 | | $0.00 | FA |
| 12 | 2005 Peterbilt 379 - Tractor 1XP5DB9X75N838860 | $30,000.00 | $0.00 | | $0.00 | FA |
| 13 | 2005 Peterbilt 379 - Tractor 1XP5DB9X75N838851 | $30,000.00 | $0.00 | | $0.00 | FA |
| 14 | 2005 Peterbilt 379 - Tractor 1XP5DB9X75N838851 | $30,000.00 | $0.00 | | $0.00 | FA |
| 15 | 2005 Peterbilt 379 - Tractor 1XP5DB9X75N838848 | $30,000.00 | $0.00 | | $0.00 | FA |
| 16 | 2008 Kenworth T-800B - Tractor 1XKWDB9X98J227000 | $50,000.00 | $0.00 | | $0.00 | FA |
| 17 | 2010 Peterbilt 379 - Tractor 1XPHD49X0AD104201 | $45,000.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 16-52608-G-7 | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|
| Case Name: | BILL HALL, JR., TRUCKING, LTD | Date Filed (f) or Converted (c): | 03/22/2017 (c) |
| For the Period Ending: | 4/6/2021 | §341(a) Meeting Date: | 04/25/2017 |
| | | Claims Bar Date: | 08/24/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | 2010 Peterbilt 379 - Tractor 1XPHD49X0AD104149 | $45,000.00 | $0.00 | | $0.00 | FA |
| 19 | 2010 Peterbilt 379 - Tractor 1XPHD49X0AD104209 | $45,000.00 | $0.00 | | $0.00 | FA |
| 20 | 2010 Peterbilt 379 - Tractor 1XPHD49X0AD104221 | $45,000.00 | $0.00 | | $0.00 | FA |
| 21 | 2010 Peterbilt 379 - Tractor 1XPHD49X0AD104205 | $45,000.00 | $0.00 | | $0.00 | FA |
| 22 | 2006 Transcraft 53' - Flatbed 1TTF5320861081430 | $9,000.00 | $0.00 | | $0.00 | FA |
| 23 | 2006 Transcraft 53' - Flatbed 1TTF5320861081379 | $9,000.00 | $0.00 | | $0.00 | FA |
| 24 | 2006 Transcraft 53' - Flatbed 1TTF5320861081381 | $9,000.00 | $0.00 | | $0.00 | FA |
| 25 | 2006 Transcraft 53' - Flatbed 1TTF5320861081406 | $9,000.00 | $0.00 | | $0.00 | FA |
| 26 | 2006 Transcraft 53' - Flatbed 1TTF5320861081391 | $9,000.00 | $0.00 | | $0.00 | FA |
| 27 | CPS Belly Dump Trailer 4Z45154232P004064 | $18,000.00 | $0.00 | | $0.00 | FA |
| 28 | 2002 Clement Endlite Trailer 5C2BB38B4M003524 | $20,000.00 | $0.00 | | $0.00 | FA |
| 29 | 2002 Clement Endlite Trailer 5C2BB38B4M003694 | $20,000.00 | $0.00 | | $0.00 | FA |
| 30 | 2005 Clement Endlite Trailer 5C2BB38B4M004497 | $20,000.00 | $0.00 | | $0.00 | FA |
| 31 | 2004 Clement Endlite Trailer 5C2BB38B4M004092 | $20,000.00 | $0.00 | | $0.00 | FA |
| 32 | 2006 Clement Endlite Trailer 5C2BB38B4M005253 | $20,000.00 | $0.00 | | $0.00 | FA |
| 33 | 2006 Clement Endlite Trailer 5C2BB38B4M005144 | $20,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit 8

| Case No.: | 16-52608-G-7 | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|
| Case Name: | BILL HALL, JR., TRUCKING, LTD | Date Filed (f) or Converted (c): | 03/22/2017 (c) |
| For the Period Ending: | 4/6/2021 | §341(a) Meeting Date: | 04/25/2017 |
| | | Claims Bar Date: | 08/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 34. 2006 Clement Endlite Trailer 5C2BB38B4M005143 | $20,000.00 | $0.00 | | $0.00 | FA |
| 35. 2006 Clement Endlite Trailer 5C2BB38B4M004497 | $20,000.00 | $0.00 | | $0.00 | FA |
| 36. 2006 Clement Endlite Trailer 5C2BB38B4M005096 | $20,000.00 | $0.00 | | $0.00 | FA |
| 37. 2006 Clement Endlite Trailer 5C2BB38B4M005140 | $20,000.00 | $0.00 | | $0.00 | FA |
| 38. 2006 Clement Endlite Trailer 5C2BB38B4M005095 | $20,000.00 | $0.00 | | $0.00 | FA |
| 39. 1999 CPS End Dump Trailer 4Z4515429XP002083 | $18,000.00 | $0.00 | | $0.00 | FA |
| 40. 1999 CPS End Dump Trailer 4Z4515429XP002034 | $18,000.00 | $0.00 | | $0.00 | FA |
| 41. 2010 Peterbilt 379 - Tractor 1XPHD49X0AD104205 | $45,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| $1,409,320.14 | $6,631.43 | | $6,631.43 | $0.00 |

**Major Activities affecting case closing:**

| 09/01/2020 | TFR filed 11/6/2020, after filing of tax return and updating all records. |
| 03/31/2020 | Claims adjudication filed with Court. Pending Court approval. Tax return preparation and time records update pending before TFR |
| 09/30/2019 | Debtor amended schedules. Appears trucks repossessed. A/R uncollectible. |
| 03/01/2019 | Coordination with County on missing trucks. Debtor alleges all trucks were repossessed that were in debtor's name. County has information otherwise. |
| 03/16/2018 | Pending collections. |
| 09/30/2017 | Review assets and claim against owners. |

**Initial Projected Date Of Final Report (TFR):** 12/01/2018     **Current Projected Date Of Final Report (TFR):** 11/06/2020     /s/ JOHNNY W. THOMAS

JOHNNY W. THOMAS

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 16-52608-G-7 | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|
| Case Name: | BILL HALL, JR., TRUCKING, LTD | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9782 | | Checking Acct #: | ******2608 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/10/2016 | | Blanket bond (per case limit): | $120,905,000.00 |
| For Period Ending: | 4/6/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/21/2017 | (2) | Edward M. Lavin, Attorney at Law | accounts receivable | 1121-000 | $1,500.00 | | $1,500.00 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.50 | $1,499.50 |
| 08/03/2017 | (2) | Gainco Inc. | Payment on account | 1121-000 | $500.00 | | $1,999.50 |
| 08/03/2017 | (2) | AES Logistics, LLC | Payment on account | 1121-000 | $631.43 | | $2,630.93 |
| 08/22/2017 | (2) | Gainco, Inc. | account receivable | 1121-000 | $500.00 | | $3,130.93 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.77 | $3,127.16 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.49 | $3,122.67 |
| 10/02/2017 | (2) | B & E Trucking | accounts receivable | 1121-000 | $1,500.00 | | $4,622.67 |
| 10/02/2017 | 3001 | INTERNATIONAL SURETIES | bond 016071777 | 2300-000 | | $1.53 | $4,621.14 |
| 10/16/2017 | (2) | Gainco Inc. | accounts Receivable | 1121-000 | $1,000.00 | | $5,621.14 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.32 | $5,613.82 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.07 | $5,605.75 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.33 | $5,597.42 |
| 01/09/2018 | (2) | Gainco, Inc. | accounts receivables | 1121-000 | $1,000.00 | | $6,597.42 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.32 | $6,588.10 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $8.84 | $6,579.26 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.77 | $6,569.49 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.44 | $6,560.05 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.75 | $6,550.30 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.42 | $6,540.88 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.72 | $6,531.16 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1.56 | $6,529.60 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1.56) | $6,531.16 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $114.29 | $6,416.87 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($114.29) | $6,531.16 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $9.71 | $6,521.45 |
| 10/04/2018 | 3002 | INTERNATIONAL SURETIES | Blanket Bond #016071777 | 2300-000 | | $1.94 | $6,519.51 |

SUBTOTALS    $6,631.43    $111.92

FORM 2     Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-52608-G-7 | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|
| Case Name: | BILL HALL, JR., TRUCKING, LTD | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9782 | Checking Acct #: | ******2608 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/10/2016 | Blanket bond (per case limit): | $120,905,000.00 |
| For Period Ending: | 4/6/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/17/2019 | 3003 | INTERNATIONAL SURETIES | Bond #016071777 | 2300-000 | | $2.31 | $6,517.20 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.50 | $6,507.70 |
| 09/27/2020 | 3004 | Janet Rakowitz | Payment on accountant fees Docket #129 | 3410-000 | | $2,000.00 | $4,507.70 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.49 | $4,498.21 |
| 10/13/2020 | 3005 | INTERNATIONAL SURETIES | Bond #016071777 | 2300-000 | | $7.42 | $4,490.79 |
| 01/12/2021 | 3006 | Johnny W. Thomas | Trustee Compensation | 2100-000 | | $1,413.14 | $3,077.65 |
| 01/12/2021 | 3007 | Johnny W. Thomas, Law Office | Trustee Expenses | 2200-000 | | $1,633.63 | $1,444.02 |
| 01/12/2021 | 3008 | Bexar County | Distribution on Claim #: 1; | 4800-000 | | $792.64 | $651.38 |
| 01/12/2021 | 3009 | Clerk, US Bankruptcy Court | Small Dividends | * | | $1.38 | $650.00 |
| | | | Claim Amount $(1.38) | 4800-071 | | | $650.00 |
| 01/12/2021 | 3010 | U.S. Trustee | Distribution on Claim #: 20; | 2950-000 | | $650.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | | **TOTALS:** | $6,631.43 | $6,631.43 | $0.00 |
| | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | Subtotal | $6,631.43 | $6,631.43 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | **Net** | $6,631.43 | $6,631.43 | |

| For the period of 11/10/2016 to 4/6/2021 | | For the entire history of the account between 07/21/2017 to 4/6/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,631.43 | Total Compensable Receipts: | $6,631.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,631.43 | Total Comp/Non Comp Receipts: | $6,631.43 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,631.43 | Total Compensable Disbursements: | $6,631.43 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,631.43 | Total Comp/Non Comp Disbursements: | $6,631.43 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Page No: 3

| Case No. | 16-52608-G-7 | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|
| Case Name: | BILL HALL, JR., TRUCKING, LTD | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9782 | Checking Acct #: | ******2608 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/10/2016 | Blanket bond (per case limit): | $120,905,000.00 |
| For Period Ending: | 4/6/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $6,631.43 | $6,631.43 | $0.00 |

**For the period of 11/10/2016 to 4/6/2021**

| | |
|---|---|
| Total Compensable Receipts: | $6,631.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,631.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,631.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,631.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/22/2017 to 4/6/2021**

| | |
|---|---|
| Total Compensable Receipts: | $6,631.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,631.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,631.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,631.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHNNY W. THOMAS

JOHNNY W. THOMAS